JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVIN ANTONIO OLIVAS MONCADA,<br><br>      Petitioner,<br><br>    v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>      Respondents. | Case No. EDCV 26-2223-PVC<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that the Petition is GRANTED.  Respondents are ordered to:

1) Release Petitioner from custody immediately;

2) Return Petitioner to the status quo immediately preceding his apprehension without GPS monitoring or obligations to use surveillance or check-in technology;

3) Return Petitioner's work permit and identification documents;

4) Not re-detain Petitioner under 8 U.S.C. § 1226 unless his re-detention is ordered at a custody hearing before a neutral arbiter in which the government bears the

burden of proving by clear and convincing evidence that Petitioner is a flight risk or a danger to the community; and

5) File a notice of compliance no later than **May 13, 2026.**

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: May 11, 2026

_____
PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

2